B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re  New Haven Health Care, Inc.                        , Case No. _____

                 Debtor                                     Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| West Rock Associates<br>34 Level Street<br>New Haven, CT 06515 | | | | $894,739.00 |
| Omnicare, Inc. / Value Health<br>C/O Kevin Stallo<br>1600 Rivercenter II<br>100 East River Center Boulevad<br>Covington, KY 41011 | | | | $351,863.00 |
| State of CT Dept. of Social Services<br>C/O Gary Richter<br>25 Sigourney Street<br>Hartford, CT 06160 | | | | $350,000.00 |
| State of CT Dept. of Revenue Services<br>C/O Ronald R. Dirienzo<br>25 Sigourney Street<br>Hartford, CT 06106 | | | | $206,395.00 |
| The Nurse Network<br>C/O David M DiNeno<br>2415 Boston Post Road<br>Guilford, CT 06437 | | | | $186,204.00 |
| Direct Energy<br>P.O. Box 1659<br>New York, NY 10008-1659 | | | | $87,445.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **New Haven Health Care, Inc.**, Case No. _____
_____ Debtor
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Premier Maintenance, Inc.**<br>C/O Michael Diamond<br>P.O. Box 392<br>Milford, CT 06460-0392 | | | | $85,502.00 |
| **United Illuminating**<br>P.O. Box 9230<br>Chelsea, MA 02150 | | | | $80,236.00 |
| **Health Cap**<br>P.O. Box 2946<br>Ann Arbor, MI 48106 | | | | $57,374.00 |
| **Anthony Pinto/Allen Jackson Loan**<br>C/O Anthony Pinto<br>34 Level Street<br>New Haven, CT 06515 | | | | $50,000.00 |
| **Maxin Healthcare Services**<br>12558 Collections Center Drive<br>Chicago, IL 60693 | | | | $44,166.00 |
| **Mckeeson Medical**<br>One Post Street<br>San Francisco, CA 94104 | | | | $43,119.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **New Haven Health Care, Inc.**, Case No. _____
                        Debtor                   Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Knightbridge - First Commerce<br>Mortgage Dept. Suite 310<br>155B Avenue<br>Lake Oswego, OR 97034 | | | | $40,000.00 |
| UHY Advisors<br>555 Long Wharf Drive  12th Floor<br>New Haven, CT  06511 | | | | $40,000.00 |
| ADP - Tax Credit Fee<br>C/O Liz Wilson<br>2205 Enterprise Drive, Suite C<br>Florence, SC 29501 | | | | $39,942.00 |
| Therapy Resource Management<br>275 Martine Street<br>Suite 110<br>Fall River, MA 02723 | | | | $30,678.00 |
| Southern CT Gas<br>P.O. Box 1999<br>Augusta, ME 04332-1999 | | | | $30,000.00 |
| PMA Insurance Group<br>P.O. Box 8500<br>Philadelphia, PA 19178-9831 | | | | $26,397.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **New Haven Health Care, Inc.** , Case No. _____
                  Debtor              Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Water Pollution Control P.O. Box 1610 New Haven, CT 06506 | | | | $24,219.00 |
| Geriatric Medical P.O. Box 6027 Chelsea, MA 02150-6027 | | | | $24,212.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Anthony Pinto, Vice President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 12/31/09      Signature: /s/ Anthony Pinto

**Anthony Pinto , Vice President**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.